U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 4 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Cr. No. 06-10017-01 |
| | * | |
| | * | 18 U.S.C. §111 |
| VERSUS | * | (Assault of Government Employee) |
| | * | |
| | * | JUDGE DRELL |
| MELVIN WILLIAMS | * | MAGISTRATE JUDGE KIRK |

### INDICTMENT

On or about March 8, 2006, in the Western District of Louisiana, the defendant, MELVIN WILLIAMS, did knowingly, and by means and use of a dangerous weapon, that is a sharp object, did forcibly assault, resist, oppose, impede, intimidate, and interfere with T.B., a corrections officer at the United States Penitentiary in Pollock, Louisiana, while he was engaged in his official duties, in violation of Title 18, United States Code, Section 111. [18 U.S.C. § 111].

A TRUE BILL:

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

_[signature]_

EARL M. CAMPBELL, Bar ID#25957
Assistant United States Attorney
300 Fannin Street
Shreveport, Louisiana 71101
318.676.3600