UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

```
DATE.:     MAY 24, 2006
TAPE NO.:  FTR GOLD DIGITAL AUDIO [03:40:08]        TIME: 00:10
PRESENT:   MARK L. HORNSBY - U.S. MAGISTRATE JUDGE
           MARCIA W. CASSANOVA - COURTROOM DEPUTY   GRAND JURY REPORT
```

  X   Partial Report/Final Report    ___   Jurors excused subject to call.

## SEALED INDICTMENTS

| CASE NUMBER | WARRANT/SUMMONS |
|---|---|
| 06-30016-01 | ARREST WARRANT REQUESTED TO BE SERVED BY ATF |
| 06-50100-01 | ARREST WARRANT REQUESTED TO BE SERVED BY FBI S/A STEVE HAYES |
| 06-50100-02 | ARREST WARRANT REQUESTED TO BE SERVED BY FBI S/A STEVE HAYES |

The oral motion to seal these indictments is granted, and these indictments are ordered sealed and withheld from the public until such time as the defendant(s) come into federal custody.

## OPEN INDICTMENTS

| CASE NUMBER | WARRANT/SUMMONS |
|---|---|
| 06-10015-01 | INITIAL APPEARANCE TO BE SCHEDULED. |
| 06-10016-01 | IAP SCHEDULED FOR JUNE 13, 2006 AT 10:30 A.M. BEFORE JUDGE KIRK. |
| 06-10017-01 | IAP SCHEDULED FOR JUNE 13, 2006 AT 10:30 A.M. BEFORE JUDGE KIRK. |
| 06-10018-01 | IAP SCHEDULED FOR JUNE 13, 2006 AT 10:30 A.M. BEFORE JUDGE KIRK. |
| 06-30015-01 | ARN SCHEDULED BEFORE JUDGE HAYES ON MAY 26, 2006 AT 1:45 P.M. |
| 06-30017-01 | INITIAL APPEARANCE TO BE SCHEDULED. |
| 06-50074 | SEE ATTACHED MINUTE ENTRY. |
| 06-50096-01 | ARRESTED IN DALLAS. DETAINED. TO BE RETURNED TO SHREVEPORT. |
| 06-50096-02 | ARRESTED IN DALLAS. DETAINED. TO BE RETURNED TO SHREVEPORT. |
| 06-50097-01 | ARRAIGNMENT IS SCHEDULED FOR MAY 26, 2006 AT 02:00 P.M. |
| 06-50098-01 | ARRAIGNMENT IS SCHEDULED FOR JUNE 14, 2006 AT 10:00 A.M. |
| 06-50099-01 | CRIMINAL SUMMONS FOR IAP ON JUNE 27, 2006 AT 10:00 A.M. |

  X   Warrants/summons ordered issued as indicated.