UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 06-10017-01 |
|---|---|
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| MELVIN WILLIAMS | MAGISTRATE JUDGE JAMES D. KIRK |

### MINUTES OF COURT OF INITIAL APPEARANCE AND ARRAIGNMENT

Tuesday, June 13, 2006    Court opened 10:30 a.m.    Court adjourned 11:00 a.m.

Time in Court: /30

| PRESENT: | JAMES D. KIRK | MAGISTRATE JUDGE |
|---|---|---|
| | Myra Primeaux | Court Reporter |
| | Joyce Burge | Courtroom Deputy |
| | Earl M. Campbell | Representing the Government |
| | Robert M. Marin | Representing Defendant |
| | Melvin Williams | Defendant |

**PROCEEDINGS:**

XX    Defendant sworn
XX    Defendant advised of charges, maximum penalties, rights
XX    Plea of not guilty entered

**FILINGS:**

XX    Criminal Pretrial Discovery Order
XX    Order of Detention Pending Trial

**COMMENTS:**

Trial to be set before the District Judge upon motion of the Government.  Defendant waived the detention hearing reserving his  right to a hearing later if circumstances change. Defendant remanded to custody of U.S. Marshal Service pending proceedings.