U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 1 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR06-10017-01 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| MELVIN WILLIAMS | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### UNITED STATES' REQUEST FOR DISCOVERY

The United States of America hereby requests that the defendant disclose all matters listed in Paragraph (I)(a)(2) of the Criminal Pretrial Discovery Order, including sub-paragraphs (A) through (B).

6-21-06
Date

_____
Counsel for United States

Original to be filed with Clerk of Court
Copy to be delivered to counsel for defendant