**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 06-10017-01** |
| **VERSUS** | **JUDGE DRELL** |
| **MELVIN WILLIAMS** | **MAGISTRATE JUDGE KIRK** |

## ORDER

Having duly considered the defendant's MOTION TO CONTINUE TRIAL DATE, the Court finds that, for the reasons set forth in the motion, A) failure to grant a continuance would likely make a continuation of this case impossible, or would result in a miscarriage of justice; B) this case is sufficiently complex due to the nature of the prosecution that it is unreasonable to expect adequate preparation within the time limits established under the Speedy Trial Act, and C) failure to grant a continuance, even if this case would not qualify under B above, would either unreasonably deny the defendant continuity of counsel, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is hereby ORDERED that the current trial date of July 24, 2006 is hereby upset, and the two-day trial of this matter is now scheduled for _October 30_, 2006, at _9:30_ a.m.

Alexandria, Louisiana, this _17_ day of _July_, 2006.

DEE D. DRELL
United States District Judge