UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 06-10017 |
|---|---|
| VERSUS | JUDGE DRELL |
| MELVIN WILLIAMS | MAGISTRATE JUDGE KIRK |

### ORDER

Upon consideration of the defendant's motion entitled MELVIN WILLIAMS' SECOND REQUEST FOR DISCOVERY AND SPECIFIC *BRADY* MATERIAL, the Court hereby ORDERS said motion:

_____ GRANTED        _____ DENIED

_____ GRANTED, to the following extent:

_____

_____

_____

Alexandria, Louisiana, this _____ day of September, 2006.

_____
JAMES D. KIRK
United States Magistrate Judge