

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-10017-01 |
| VERSUS | |
| MELVIN WILLIAMS | JUDGE DEE D. DRELL |

### RECEIPT FOR EXHIBITS ADMITTED DURING JURY TRIAL

The following exhibits were received by the United States Attorney for the Western District of Louisiana from the U. S. District Clerk of Court:

A.  Copy of Correctional Officer Travis Bordelon's identification at USP Pollock, LA.
B.  Joint Stipulation
C.  DVD of incident at USP Pollock, LA. ON March 8, 2006
D1. Homemade shank used in incident on March 8, 2006

November 1, 2006

_____　　　ROBERT H. SHEMWELL
ASSISTANT UNITED STATES ATTORNEY　　CLERK OF COURT
　　　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk