United States District Court
Western District of Louisiana
Alexandria Division

RECEIVED
MAY 28 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

United States of America
    Plaintiff - respondent

v.

Melvin Williams
    Defendant - Movant

Crim Action #
No 1:06-10017

## Motion's in Response to Report and Recommendation of Magistrate judge concerning 28.U.S.C #2255.

    First i would like to begin by informing the court respectfully once again that, I Melvin Williams, have no experience with the law and I am no way capable of responding to this Report and Recommendation from the Magistrate judge. Despite knowing that my claims (§2255) have more than merit. (Which is why I respectfully asked in two previous motions that counsel be appointed to me.)

    Furthermore, (as was mentioned in my request for motion for counsel) Due to this conviction I was placed in Florence Colorado Supermax which gives very limited access to law material. So upon receiving this recommendation on the 21st of May by regular mail (after being held up by staff for searching, approval and et.c) and not processed as legal mail. There was'nt even enough time for me to go through the (3 day process to request and receive) even some of various cases which was cited by the Magistrate judge. (For even an attempt to respond and meet this

14 day deadline response in any fashion.)

So in response to the Magistrate judge Report and Recommendation...

Movant; Melvin Williams in pro se pursuant to 18.U.S.C. §3306, 28 U.S.C. §2255, and rule 6 and 8 of the rules governing §2255 Proceedings (having showed several strong claims within my §2255 motion) respectfully would like to move for appointment of counsel again, to further address in totality, the report and recommendation of the Magistrate judge.

If not,

I would request that the court allow me an 90 day extension to properly review the cases and claims quoted by the Magistrate judge. Whereas I can try to (in some manner) respond myself, in my hope of freedom.

Dated this 24th day of May 2010.

Respectfully submitted.
X Melvin Williams

Melvin Williams 42672-066
USP MAX  POB 8500
Florence, Co. 81226.

Name: MELVIN WILLIAMS
REG. NO: 40673-066
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

SLH 5-25-10

LEGAL MAIL

RECEIVED
MAY 28 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Filed In
5/24/10

ATT: Clerk of Court
 Tony R. Moore
United States District Court
Western District of Louisiana
300 Fannin St. suite 1167.
Shreveport, Louisiana 71101-3083

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

MAY 26 2010

USA FIRST-CLASS FOREVER