RECEIVED
IN ALEXANDRIA, LA.
JUL 14 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MELVIN WILLIAMS<br>　　　Petitioner<br>VERSUS<br><br>UNITED STATES OF AMERICA<br>　　　Respondent | CRIMINAL ACTION<br>NO. 1:06-10017<br><br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Williams' motion to vacate, set aside or correct sentence be DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this __13th__ day of July, 2010.

　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE