UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 06-cr-10017 |
| -vs- | JUDGE DRELL |
| MELVIN WILLIAMS | MAGISTRATE JUDGE PEREZ-MONTES |

ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 98), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion to Appoint Counsel and for Compassionate Release (ECF No. 76) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 12th day of September 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT